UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD TOWNSEND,

   Plaintiff,

v.

             Case No. 4:14-CV-10411
             Judge Terrence G. Berg
             Magistrate Judge Anthony P. Patti

KAREN RHODES,
VICKI CARLSON,
LINDA HAASE,
MARCIA O'CONNELL and
JOHN DOES 1-4,

   Defendants.

_____/

## ORDER REQUIRING PLAINTIFF TO IDENTIFY THE JOHN DOE DEFENDANTS

 Plaintiff Richard Townsend (#181420) is currently incarcerated at the MDOC's Lakeland Correctional Facility (LCF). On January 27, 2014, while incarcerated at the G. Robert Cotton Correctional Facility (JCF), Plaintiff filed the instant lawsuit against four (4) named defendants and four (4) John Doe defendants. DE 1.

 Appearances of counsel have since been entered on behalf of Defendant Karen Rhodes, D.O. (DE 23, DE 24) and MDOC Defendants Vicki Carlson, Linda Haase and Marcia O'Connell (DE 27). However, the four (4) John Doe

defendants, who are enumerated in the case caption (DE 1 at 1), described within the introductory text of the complaint (DE 1 ¶¶ 17-20) and further described in the "Parties" section of the complaint (DE 1 ¶¶ 26, 27), remain unidentified.

On February 13, 2015, the Court entered an order (DE 34) which, in part, required counsel for the MDOC Defendants to determine the names of the four individuals who provided Plaintiff's medical care at the Allegiance Hospital on December 24, 2013 and January 6, 2014. Counsel responded by way of a letter dated February 26, 2015. DE 35. Then, on March 9, 2015, the Court entered an order (DE 36) requiring counsel for the MDOC Defendants to provide further information regarding the John Doe defendants. On March 13, 2015, the MDOC Defendants filed a notice (DE 38) of compliance. Attached to this filing is a March 13, 2015 letter from counsel to Plaintiff, which reflects that Allegiance Hospital Emergency Department records were enclosed.

Therefore, no later than Tuesday, April 7, 2015, Plaintiff SHALL notify the Court, in writing, of the identity of the four (4) John Doe defendants. Beyond simply naming the four (4) individuals, Plaintiff should describe each as John Doe 1, John Doe 1, John Doe 3 or John Doe 4.

Furthermore, in order to facilitate service of process upon these four (4) defendants by the U.S. Marshals Service, Plaintiff SHALL, at his cost, provide the Clerk of the Court with four (4) copies of the January 27, 2014 Complaint (DE 1),

four (4) copies of this Order and four (4) copies of Plaintiff's written response to this Order.

    IT IS SO ORDERED.


Dated: March 19, 2015        s/Anthony P. Patti
                                    Anthony P. Patti
                                    UNITED STATES MAGISTRATE JUDGE


I certify that a copy of this document was sent to parties of record on Thursday, March 19, 2015, electronically and/or by U.S. Mail.

                                      s/Michael L. Williams
                                      Case Manager to the
                                      Honorable Anthony P. Patti