UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD TOWNSEND,

       Plaintiff,

v.

       Case No.  4:14-CV-10411
       Judge Terrence G. Berg
       Magistrate Judge Anthony P. Patti

KAREN RHODES,
VICKI CARLSON,
LINDA HAASE,
MARCIA O'CONNELL and
JOHN DOES 1-4,

       Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT MISTAKE**
**[DE 42]**

Plaintiff having filed a motion to correct a mistake in paragraph 2 of his complaint, to reflect the fact that he is a type I insulin-dependent diabetic, rather than a type II insulin-dependent diabetic; no opposition having been received from any of the defendants; the Court having reviewed the motion and being satisfied that it is appropriate to make this minor correction in the pleadings to conform to the evidence; IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to correct mistake is GRANTED;

2. The record will reflect Plaintiff's allegation that he is a type I insulin-dependent diabetic, rather than a type II insulin-dependent diabetic, who requires insulin three (3) times daily, as though so stated in paragraph 2 of his complaint; and

3. In the unlikely event that this corrected allegation requires further pleading by any of the defendants, they are each granted leave to file amended answers on or before June 4, 2015, with respect to paragraph 2 of the complaint only.

**IT IS SO ORDERED.**

Date: May 21, 2015        s/Anthony P. Patti
                          ANTHONY P. PATTI
                          UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the following order has been sent to parities of record on May 21, 2015 to parties of record electronically and/or by U.S. Mail.

                          s/Michael Williams
                          Case Manager for the
                          Honorable Anthony P. Patti