NITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD TOWNSEND,

       Plaintiff,

v.

    Case No. 4:14-CV-10411
    Judge Terrence G. Berg
    Magistrate Judge Anthony P. Patti

KAREN RHODES,
VICKI CARLSON,
LINDA HAASE and
MARCIA O'CONNELL,

       Defendants.

_____/

**ORDER SETTING EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFF'S JULY 21, 2015 MOTION FOR IMMEDIATE PRELIMINARY INJUNCTION AND RESTRAINING ORDER (DE 57)**

This matter is before the Court on Plaintiff's July 21, 2015 motion for immediate preliminary injunction and restraining order. (DE 57.) Specifically, Plaintiff presents an electronic mail, dated July 9, 2015, which notices a change to insulin lines. DE 57 at 7. Among other things, Plaintiff's prayer for relief requests that (1) the Court order the MDOC to allow Plaintiff to take his insulin in a sanitary area of health services, where his privacy and confidentiality may be maintained, and (2) the MDOC permit him "to eat prior to 15 minutes of taking insulin." DE 57 at 4.

Ordinarily, any response to this motion would be due in accordance with E.D. Mich. LR 7.1(e)(1). However, as the Undersigned's online practice guidelines provide, "In instances where the Court has issued a briefing schedule on a motion, that schedule applies. In all other instances, the parties should follow Local Rule 7.1(e)." *See* www.mied.uscourts.gov.

Here, the nature of Plaintiff's motion commands a shortened briefing schedule. Accordingly, no later than seven (7) days from the date of this order, the MDOC Defendants (Carlson, Haase and O'Connell) **SHALL** file a response to Plaintiff's motion for injunctive relief. Plaintiff **SHALL** file any reply within five (5) days of his receipt of a response. Thereafter, on the papers, the Undersigned will issue a report and recommendation addressing Plaintiff's motion for injunctive relief.

**IT IS SO ORDERED.**

Dated: July 23, 2015               s/Anthony P. Patti
                                   United States Magistrate Judge

I hereby certify that a copy of the forgoing document was sent to parties of record on July 23, 2015, electronically and/or by U.S. Mail.

    s/Michael Williams
    Case Manager for the
    Honorable Anthony P. Patti