UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD TOWNSEND,

     Plaintiff,

v.

     Case No. 4:14-CV-10411
     Judge Terrence G. Berg
     Magistrate Judge Anthony P. Patti

KAREN RHODES,
VICKI CARLSON,
LINDA HAASE and
MARCIA O'CONNELL,

     Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION (DE 75) FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANT RHODES'S MOTION FOR SUMMARY JUDGMENT (DE 59)

Pending in this case are several motions, among which is Defendant Rhodes's July 28, 2015 motion for summary judgment. (DE 59.)[1] Pursuant to the Court's August 10, 2015 order, the deadline for Plaintiff's response to Defendant Rhodes's dispositive motion is set for September 9, 2015. (DE 71.)

Plaintiff has filed an August 13, 2015 motion for enlargement of time to file a response. (DE 75.) He seeks a 60-day extension of the response deadline.

---

[1] This motion is accompanied by a sealed exhibit consisting of select medical records. (DE 61.)

Among his reasons for seeking an extension is his poor health condition, regarding which he refers to his recently filed affidavit. DE 75 at 3, DE 72.

Upon consideration, Plaintiff's motion for an extension of the response deadline (DE 75) is GRANTED. In calculating the new deadline, the Court takes into consideration the likelihood that its August 10, 2015 scheduling order (DE 71) crossed paths with Plaintiff's motion for extension, which is hand-dated August 10, 2015 (DE 75). Thus, the Court will assume that Plaintiff sought an extension of 60 days beyond the 21-day response deadline otherwise set by E.D. Mich. LR 7.1(e)(1)(B). Accordingly, Plaintiff SHALL file any response to Defendant Rhodes's July 28, 2015 motion for summary judgment (DE 59) no later than Monday, October 19, 2015. Plaintiff's request for the appointment of counsel, due to his poor health condition and loss of eyesight (DE 75 at 3 ¶ 2), will be addressed under separate cover when the Court addresses Plaintiff's August 13, 2015 motion for appointment of counsel. (DE 74.)

IT IS SO ORDERED.

Dated: August 28, 2015         s/Anthony P. Patti
                               Anthony P. Patti
                               UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 28, 2015, electronically and/or by U.S. Mail.

                               s/Michael Williams
                               Case Manager to the
                               Honorable Anthony P. Patti

2